CORRECTED

# In the United States Court of Federal Claims

No. 21-595C

(Filed: February 12, 2021)

|  |  |
|---|---|
| **WILLIAM J. ROHLAND,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| **v.** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| *Defendant.* | ) |
| | ) |
| | ) |

## <u>ORDER</u>

On January 5, 2021, William J. Rohland filed a complaint against the federal government. The plaintiff concurrently sought leave to proceed *in forma pauperis*.

The plaintiff's application for leave to proceed *in forma pauperis* was inadequate. On January 13, 2021, the Court ordered the plaintiff to submit the required fees or file a complete motion to proceed *in forma pauperis* by February 11, 2021. The plaintiff was warned that the failure to pay the filing fee or to file a complete application to proceed *in forma pauperis* would result in the dismissal of his claim.

The plaintiff filed a renewed application to proceed *in forma pauperis* on February 4, 2021. That renewed application consists only of the first page of the form application and a copy of his prison trust account statement. The plaintiff's incomplete application fails to satisfy the terms of the Court's Order of January 13, 2021.

Because the plaintiff has failed to comply with the Court's order and has submitted neither the filing fee nor a completed application to proceed *in forma pauperis*, the complaint is **DISMISSED without prejudice** for failure to pay the filing fee or file a timely complete motion to proceed *in forma pauperis*. The Clerk shall enter judgment accordingly. No costs are awarded.

It is so **ORDERED.**

s/ Richard A. Hertling
**Richard A. Hertling**
**Judge**